■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE T. ALEXANDER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—attempted criminal possession of a weapon, third degree.) Present—Dillon, P. J., Callahan, Doerr, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ROBINSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—forgery, second degree.) Present—Callahan, J. P., Denman, Green, Balio and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE LINVILLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—robbery, third degree.) Present —Callahan, J. P., Denman, Green, Balio and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MICHALOW, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cayuga County Court, Corning, J.—grand larceny, fourth degree.) Present—Callahan, J. P., Denman, Green, Balio and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID COTTO, Appellant.—Appeal unanimously dismissed as academic and matter remitted to Supreme Court, Erie County, to vacate the judgment of conviction and dismiss the indictment *(see, People v Matteson,* 75 NY2d 745). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—attempted robbery, second degree.) Present—Callahan, J. P., Denman, Green, Balio and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McDONOUGH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—felony driving while intoxicated.) Present—Dillon, P. J., Doerr, Boomer, Lawton and Davis, JJ.